**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:   (406) 657-6101
FAX:     (406) 657-6989
E-mail:  Lori.Suek@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
NOV 1 6 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-132-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ROBBERY AFFECTING COMMERCE
Title 18 U.S.C. § 1951(a)
(Penalty: Twenty years of imprisonment, $250,000 fine, and three years of supervised release) |
| CHRISTOPHER RICHARD MUNDT, | |
| Defendant. | |

THE GRAND JURY CHARGES:

That on or about April 25, 2017, at Billings, in the State and District of Montana, the defendant, CHRISTOPHER RICHARD MUNDT, knowingly and unlawfully took property (cash money) from the person and presence of C.F., by threatening force and violence to C.F., an employee working for the Powder Horn

Casino, a business engaged in interstate commerce, thereby obstructing, delaying, and affecting interstate commerce, in violation of 18 U.S.C. § 1951(a).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X_____
Bail: _____

2