GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
        Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-17-132-BLG-SPW** |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXAMINATION PURSUANT TO 18 U.S.C. § 4241 and 4242** |
| CHRISTOPHER RICHARD MUNDT, | |
| Defendant. | |

COMES NOW, Defendant CHRISTOPHER RICHARD MUNDT, by and through his Counsel of record, Gillian E, Gosch, Assistant Federal Defender, and the Federal Defenders of Montana, hereby moves this Court for an Order pursuant to 18 U.S.C. § 4241 and 4242 for a mental examination of Mr. Mundt at an appropriate federal medical facility.

There is reasonable cause to believe that Mr. Mundt may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  18 U.S.C. 4241(a).

It is requested that the Court grant a hearing on this Motion; however, prior to the date of the hearing it is requested that the Court order a psychiatric or psychological examination of Mr. Mundt  18 U.S.C. § 4241(b).  Furthermore, it is requested that the psychiatric or psychological examination report be filed with the Court pursuant to the provisions in 18 U.S.C. § 4247(b) and (c).

It has come to the attention of the undersigned that Mr. Mundt has demonstrated behavior that establishes there is a reasonable cause to believe that Mr. Mundt may be incompetent to stand trial. Counsel has met with Mr. Mundt on several occasions. Mr. Mundt's behavior, interaction with counsel and statements to counsel indicate that he may be suffering from a form of mental illness. In addition, recent behavior exhibited by Mr. Mundt at Yellowstone County Detention Facility adds to counsel's belief that Mr. Mundt is in need of a mental health evaluation. It is the belief of the undersigned that he may be currently unable to assist in his defense and that at the time of the alleged offense Mr. Mundt may have been suffering from a mental illness.

Government Counsel, Lori Harper Suek, Assistant United States Attorney, has been contacted regarding this Motion and states no objection.

RESPECTFULLY SUBMITTED this 16th day of February, 2018.

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that On February 16, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | | |
|---|---|---|
| 1, 2 | CM-ECF | |
| | Hand Delivery | |
| 3 | Mail | |
| | Overnight Delivery Service | |
| | Fax | |
| | E-Mail | |

1.  CLERK, UNITED STATES DISTRICT COURT

2.  LORI HARPER SUEK
    Assistant United States Attorney
    United States Attorney's Office
    James F. Battin Federal Courthouse
    2601 2nd Avenue North, St. 3200
    Billings, MT 59101
        Counsel for the United States

3.  CHRISTOPHER RICHARD MUNDT


                              /s/ Gillian E. Gosch
                              GILLIAN E. GOSCH
                              Federal Defenders of Montana
                                  Counsel for Defendant