IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



**FILED**

MAR 0 5 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER RICHARD MUNDT,<br><br>Defendant. | CR 17-132-BLG-SPW<br><br>ORDER |

The Bureau of Prisons has designated Federal Detention Center–SeaTac as the facility where Defendant Christopher Richard Mundt will undergo an evaluation to determine his competency to proceed in this matter.

Accordingly, IT IS ORDERED:

1.    Christopher Richard Mundt is remanded to the custody of the United States Marshals Service for immediate transport to this facility.

2.    The United States Marshals Service shall take no more than ten (10) days each way to transport Christopher Richard Mundt from the District of Montana to the designated federal facility and to return Christopher Richard Mundt from the designated federal facility back to the District of Montana. *See* 18 U.S.C. § 3161(h)(1)(F).

1

3. Christopher Richard Mundt shall be committed to the facility and subjected to a psychiatric or psychological examination to be conducted in accordance with 18 U.S.C. §§ 4241(b) and 4247(b) and (c). The evaluation shall be completed within thirty (30) days of Christopher Richard Mundt's arrival at the facility. 18 U.S.C. § 4247(b).

4. The report shall be filed with the Court, with copies to counsel for the Defendant and the Government.

5. All time from the date of this Order until the date of the Court's determination as to Christopher Richard Mundt's competency is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (F).

6. The Clerk of Court is directed to immediately notify the parties and the United States Marshals Service of the entry of this order.

DATED this 5th day of March, 2018.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge